USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTONIETA HARDY,

                Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

19 **CIVIL** 915 (GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated January 24, 2020, Hardy's motion for judgment on the pleadings is granted, the Commissioner's motion for judgment on the pleadings is denied and the case is remanded to the Commissioner for further proceedings.

**Dated:** New York, New York
         January 24, 2020

                                       **RUBY J. KRAJICK**
                                        **Clerk of Court**
     **BY:**
                                         **Deputy Clerk**